Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)



# UNITED STATES DISTRICT COURT

for the

Central District of California

Orange County Division

Case No. 8:22-cv-00011-FMO-AGR

*(to be filled in by the Clerk's Office)*

Zachary Castaneda #3128898

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

FILED
CLERK, U.S. DISTRICT COURT

JAN - 4 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Related DDJ

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Zachary Castañeda |
| All other names by which you have been known: | |
| ID Number | D644293        #3128898 |
| Current Institution | Theo Lacy Facility |
| Address | 501 The City Dr South |
| | Orange                 CA        92868 |
| | City              State       Zip Code |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Amazon |
| Job or Title *(if known)* | Owner |
| Shield Number | |
| Employer | Amazon |
| Address | 1850 Mercer Dr. |
| | Lexington         KY       40511 |
| | City              State      Zip Code |

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Google |
| Job or Title *(if known)* | Owner |
| Shield Number | |
| Employer | Google |
| Address | 1600 Amphitheatre Park Way |
| | Mountain View    CA       94043 |
| | City              State      Zip Code |

☒ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name      You Tube

Job or Title *(if known)*      Owner

Shield Number

Employer      You Tube

Address      901 Cherry Ave

     San Bruno      CA      94066

     *City*      *State*      *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

     *City*      *State*      *Zip Code*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

I.     Basis For Jurisdiction         B.

B. I Am Suing Amazon. Under 42 U.S.C § 1983. He Has Violated My Constitutional Right's Amendment Number 8.

(B) I Am Suing Google. Under 42 U.S.C § 1983. He Has Violated My Constitutional Right's Amendment Number 8.

(B) I Am Suing YouTube. Under 42 U.S.C § 1983. He Has Violated My Constitutional Right's Amendment Number 8.

I.   Basis For Jurisdiction 1

1) I Am Suing The Defendent Amazon On (A § 1983 Claim). I Payed For Items From Amazon Web Page. Amazon Never Delivered Any Of My Item's. They Never Refunded My Money And Never Gave Me An Explanation. Amazon Robbed Me Of My Money.

1) I Am Suing The Defendent Google On (A § 1983 Claim). The Defendent Posted Me On There Google Website. With Headline's Story And Evidence On My High Profile Case. The Defendent Has Guaranteed My Execution With The Jury And The People. In The Death Penalty. Google Posted Me On There Web Page With Out My Consent. Google Has Commited Misconduct And Obstruction Of Justice.

1) I Am Suing The Defendent YouTube On (A § 1983 Claim). The Defendent Posted On It's Website YouTube. Video Evidence On My High Profile Case. YouTube Has Guaranteed My Execution With The Jury And The People. In The Death Penalty. YouTube Posted The Video Evidence With Out My Consent. YouTube Has Commited Misconduct And Obstruction Of Justice.

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

V.        Statement   Of  Claim                    A

(A) With The Defendent Amazon. It All Took Place In My House
In 1726 W 9th St Santa Ana CA 92703. The Defendent Failed
To Deliver My Packageis. Failed To Refund My Money, It Took
Place On Amazon.com There Web Page. January 24, 2019

(A) With The Defendent Google. It Took Place In Orange County.
And Google.com There Web Page, August 7, 2019

(A) With The Defendent YouTube. It Took Place In Orange County
And YouTube.com There Web Page. August 7, 2019

IV.      Statement Of Claim      C.

(C) With The Defendent Amazon. There Was More Than 1 Day But I Can Give You January 24, 2019 At Around 10:00 A.M. I Ordered Item's On Amazon.com. Amazon Failed To Deliver And To Repay Me My Money. Amazon Robbed Me Of My Money. Amazon Is Bad Business

(C) With The Defendent Google. The Date Was August 7, 2019 At Around 10:00 P.M.. Google Posted Image's Off Me With Head Line's Story's About My High Profile Case. The Defendent Has Guaranteed My Death In The Death Penalty, With The Jury And Has Made Me A Target To The Public. Google Posted Me On There Web Page With Out My Consent. Also I Have Son's That Are Minor's And Saw The Posting's Of There Dad And Headline's. Google Has Traumatized My Kid's! Google Has Also Put My Family Life At Risk. The Public Want's To Retaliate.

(C) With The Defendent YouTube. The Date Was August 7, 2019 At Around 9:30 P.M.. YouTube Posted Video Evidence Of My High Profile Case. The Defendent Has Guaranteed My Death In The Death Penalty, With The Jury And Has Made Me A Target To The Public. YouTube Posted Me On There Web Page With Out My Consent. Also I Have Son's That Are Minor's And Saw The Video's. YouTube Has Traumatized My Kid's! YouTube Has Also Put My Family Life At Risk. The Public Want's To Retaliate.

IV.        Statement Of Claim D.

(D) With The Defendent Amazon. The Fact's On This Claim Is. I Have Receipts Of Purchase's And I Have Witnesses.

(1) With The Defendent Google. The Fact's On This Claim Is. I Have Picture's And Witnesses.

(1) With The Defendent YouTube. The Fact's On This Claim IS. I Have Picture's, Video And Witnesses.

V.   Injuries

Emotional Distress, Anxiety, Menthal Anguish, Fear, Depressed, Suicidel, Physcological Screwed, Neglect, Life In Danger Of Death, Hate Crime Violence, Abused, Mistreatment, Discrimination, Brain Injury, Humiliation, Trauma To The Brain, Health Problems, Harrasment, Isolated, Crazy, Cyber Bullying, Death Threat's, Bi Polar, Pain And Suffering, Menthal Health Crisis. This Are Injuries Done To Me And My Family. We Have Still Not Gotten Treatment

VI.    Relief

① I Want An Apology From Defendent's Amazon, Google And You-Tube. To The Family Castañeda.

② I Want Amazon To Pay $900,113,113,113.13. I Want This Money Donated To These Organization's Equally. Christian Aid Ministries.org, American Red Cross.org, Lomalinda Univ Children Hospital.org, Love Shriners.org, HelpHeart.org, Conner The Crusher.com, St Jude Children's Research Hospital.com, Save The Children.org, Honor Warrior.org, The Teen Project.org, Feeding America.org, OperationSmile.org, FoodFoward.org, FoodBank.org, HelpNoKidGoHungry.org, PVAHero.org, AngelCitySport.org, ChildrensBurnFoundation.org, JoinAspcA.org, CBSAlex.com, ChildrensHospital Los Angeles.org, Choc ChildrensFoundation.org, nbfa.org. Donor's Name ⑤ Family

③ I Want All That Amazon And The Owner Of Amazon Own's. Bit Coin, Crypto, Bank Safe's, Checking And Saving's Account, Real Estate's, Stock's, Bond's, Note's, Automobiles. Valuable Property, Jewelry, Airplane's, Rocket's, Motorcycle's, Boat's, RV, Everything. I Want To Be Full Owner Of Amazon.

④ I Want Google To Pay $900,113,113,113.13. I Want All That Google And The Owner Of Google Own's. Bit Coin, Crypto, Bank Safe's, Checking And Saving's Account, Real Estate's, Stock's, Bond's, Note's, Automobiles. Valuable Property, Jewelry, Airplane's, Motorcycle's Boat's, RV, Everything. I Want To Be The Full Owner Of Google.

⑤ I Want YouTube To Pay $900,113,113,113.13. I Want All That YouTube And The Owner Of YouTube Own's. Bit Coin, Crypto, Bank Safe's, Checking And Saving's Account, Real Estate's, Stock's, Bond's, Note's, Automobiles, Valuable Property, Jewelry Airplane's, Motorcycle's, Boat's, RV, Everything. I Want To Be The Full Owner Of YouTube.

⑥ I Want Google And YouTube To Delete All Evidence That Has To To With My High Profile Case.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.        What date and approximate time did the events giving rise to your claim(s) occur?

    D.        What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

2.   What did you claim in your grievance?

3.   What was the result, if any?

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here:

    2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)

Defendant(s)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)
     Defendant(s)

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

4.   Name of Judge assigned to your case

5.   Approximate date of filing lawsuit

6.   Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   Dec 23, 2021

Signature of Plaintiff

Printed Name of Plaintiff   Zachary Castañeda

Prison Identification #   #3128898

Prison Address   501 The City Dr. South

Orange                 CA        92868

City                   State      Zip Code

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City                   State      Zip Code

Telephone Number

E-mail Address

https://mail.google.com/mail

confirmation when your item ships.

## Details

Order

Arriving:
**Thursday, January 24 -**
**Monday, January 28**

A signature is required at delivery

Ship to:
Zachary Castaneda
1726 W 9th St...

| | |
|---|---|
| Total Before Tax | $64,975.00 |
| Estimated Tax | $0.00 |
| **Order Total:** | **$64,975.00** |

View or manage order

We hope to see you again soon.

**Amazon.com**

I Bought This From Amazon & never got my item that's crazy how are they gonna rob me.

Pokemon Kids Watch
with Flashing

Boys Camouflage LED

This is your order confirmation from Amazon
Box 1226 Seattle, Washington 98108-1226. If you need more information,
please contact (866) 216-1075.

By placing your order, you agree to Amazon com's Privacy Notice and
Conditions of Use. Unless otherwise noted, items sold by Amazon.com are
subject to sales tax in select states in accordance with the applicable laws
of that state. If your order contains one or more items from a seller other
than Amazon.com, it may be subject to state and local sales tax, depending
upon the seller's business policies and the location of their operations.
Learn more about tax and seller information

Items in this order may be subject to California's Electronic Waste Recycling
Act. If any items in this order are subject to that Act, the seller of that item
has elected to pay any fees due on your behalf.

This email was sent from a notification-only address that cannot accept
incoming email. Please do not reply to this message.

Reply    Forward

**Share to Story**

Effects   Privacy



St. Jude patient
Millie

**Zachary's fundraiser for St. Jude Children's Research Hospital**

Fundraiser for St. Jude Children's Research Hospital ✔ by Zachary Castaneda

Want to join me in supporting a good cause? I'm raising money for St. Jude Children's Research Hospital and your... Continue Reading

**$195 left to reach $200 goal**                                         Ended

1 person donated.

↪ Share

**Zachary Castaneda**
May 19 · · 🌐                                                        •••

Started New Job at Los Carros Corp.

May 19

👍😂 3                                                    28 Comments

👍 Like            💬 Comment            ↪ Share

View 15 more comments

**Courtney Muñoz** Hope they fry your ass!
Like · Reply · 3d

**Courtney Muñoz** Death penalty! Say hi to the Devil!
Like · Reply · 3d

**Courtney Muñoz** Idk why they give people with a "lengthy criminal record" freedom. This is what happens.
Like · Reply · 3d

**Andrew Scott Hannagan** Just another pos thug in the system costing the taxpayers money. How about the death penalty? If one fucking person had a pistol they could have shot this fucking crackhead loser.
Like · Reply · 2d

Write a comment...
😊 📷 🖼 😀
Press Enter to post.

**Zachary Castaneda** created a fundraiser for St. Jude Children's Research Hospital.
May 18 · Facebook Fundraisers · 🌐                              •••

Want to join me in supporting a good cause? I'm raising money for St. Jude Children's Research Hospital and your contribution will make an impact, whether you donate $5 or $500. Every little bit helps. Thank you for your support. I've included information about St. Jude Children's Research Hospital below.



VH. 11077

70127012